# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 14-60041

UNITED STATES OF AMERICA,

United States Court of Appeals
Fifth Circuit

**FILED**

April 30, 2015

Lyle W. Cayce
Clerk

Plaintiff - Appellee

v.

RICKEY LEE SCOTT,

Defendant - Appellant

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:08-CR-134-1

Before PRADO, ELROD, and HAYNES, Circuit Judges.

PER CURIAM: [*]

IT IS ORDERED that the case is remanded for clarification on the question of whether the defendant was seized. Remand is limited solely to this issue.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.